1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | MATTHEW D. SEGAL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2708



**FILED**

JUN 4 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN RE THE MATTER OF THE SEARCH OF [SEALED] | ) NO. 2:09-SW-0095 EFB<br>)<br>) MOTION AND ORDER TO UNSEAL<br>)<br>)<br>)<br>) |

The United States hereby moves this Court to unseal the search warrant, the search warrant application and all related filings in the above-captioned matter. Sealing is no longer necessary to protect any ongoing investigation.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: June 3, 2009       By: /s/ Matt Segal
                              MATTHEW D. SEGAL
                              Assistant U.S. Attorney

**SO ORDERED.**

DATED: 6/3/09

_____
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge